AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

XXXX Second Street, SE
Apartment X
Washington, DC

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I    Christopher Fiorito    being duly sworn depose and say:

I am a(n)   Federal Bureau of Investigation   and have reason to believe
            (Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location):

Location is located in the XXXXX XXXXXX Apartment complex. It is described as a multi-family, two story dwelling with multi-colored vinyl siding (light green, tan and pink). The bldg. is trimmed in white, the lower level is brick and top has vinyl siding. The numbers "XXXX" are affixed to the front of the bldg. on XXXXXX Street. Apartment X is located on the 2nd level which is accessible by wood steps with a green metal railing and white support columns. Apartment X is also located in the far left corner of the 2nd level and has a red colored door. The numbers "XXXX" are positioned on the apartment door under the peephole and the letter "X" is affixed above the peephole for the apartment door.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
**See attached Affidavit**

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
**See attached Affidavit**

concerning a violation of Title   21   United States Code, Section(s)  841 (a)(1) & 846 . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

Arvind Lal
Organized Crime & Narcotics Trafficking
(202)353-8833

Signature of Affiant
Christopher Fiorito, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

_____
Date

at Washington, D.C.

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer