UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | No. 06 - 230 M - 01 |
| v. : | **UNDER SEAL** |
| ENTIRE PREMISES OF : | |
| 1117 WAHLER PLACE, SE : | |
| 3092 STANTON ROAD SE, APT #203 : | **FILED** |
| 4203 FOURTH STREET, SE, APT #1 : | |
| 4331 FOURTH STREET, SE, APT #2 : | MAY 1 8 2006 |
| 4331 FOURTH STREET, SE APT #5 : | |
| 4217 FOURTH STREET, SE, APT #3 : | NANCY MAYER WHITTINGTON, CLERK |
| 4204 FOURTH STREET, S.E., APT #201 : | U.S. DISTRICT COURT |
| 3819 SECOND STREET, S.E., APT C : | |
| All in Washington, D.C. : | |

ORDER

Upon motion of the United States, it is this ___18th___ day of May, 2006,

ORDERED that the affidavit in support of the search warrants for the above-named premises as well as the Government's Motion to Seal and this Court's Order to Seal, shall be sealed and remain so until further order of the Court.

_____
Alan Kay
United State Magistrate Judge