AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

3819 Second Street, SE
Apartment C
Washington, DC

**SEARCH WARRANT**

CASE NUMBER: 06 - 230 _M - 01

TO:   Special Agent Christopher Fiorito   and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Christopher Fiorito_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location):

   Location is located in the Royal Courts Apartment complex. It is described as a multi-family, two story dwelling with multi-colored vinyl siding (light green, tan and pink). The bldg. is trimmed in white, the lower level is brick and top has vinyl siding. The numbers "3819" are affixed to the front of the bldg. on Second Street. Apartment C is located on the 2nd level which is accessible by wood steps with a green metal railing and white support columns. Apartment C is also located in the far left corner of the 2nd level and has a red colored door. The numbers "3819" are positioned on the apartment door under the peephole and the letter "C" is affixed above the peephole for the apartment door.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See attached Affidavit

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

MAY 26 2006

**YOU ARE HEREBY COMMANDED** to search on or before _____
                                                                                                           (Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAY 18 2006

Date and Time Issued   ALAN KAY
                       U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

at Washington, D.C.

_____
Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5/18/2006 | 5/23/2006 6:04 AM | IN CUSTODY |

| INVENTORY MADE IN THE PRESENCE OF |
|---|
| IN CUSTODY |

## INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED FD-597 (2 PAGES)

FILED

MAY 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature: Christopher A. Fiotes]*

Subscribed, sworn to, and returned before me this date.

*[signature]* _____   5-30-06
U.S. Judge or U.S. Magistrate Judge       Date

FD-597 (Rev 8-11-94)

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File # 245D-WF-221187

On (date) 5/23/06

item(s) listed below were:
☒ Received From
☐ Returned To
☐ Released To
☐ Seized

(Name) Willie Best
(Street Address) 3819 2nd Street #C, SE, WDC
(City) WDC

Description of Item(s):

1. $1000.00 US Currency (Room B cnd by window SA Beltran)
2. Notes from End Table (Room B Det Sullivan)
3. 38 special Revolver Pistol w/ 6 rounds (not loaded) (Room E on Dresser mirror area, SA Staff) SN C25162
4. 10 38 cal Bullets Live (Room E closet Det Kraishen)
5. Court Documents (Room C SA Beltran)
6. Note (Room C SA Meck)
7. Phone Numbers, Misc Doc (Room Hallway SA Ponzeti)
8. Address Book, Misc Documents (Room E closet SA Piluck)
9. Misc Documents, Phone Book (Room A SA Alexander)
10. Life Insurance Docs (Room F SA Keilhr)
11. Misc Documents (Room E SA Meyers)
12. Funeral Program + Misc Documents (Room B SA Kralihk)
13. Funeral Program + photos (Room B Det Kraishen)
14. Misc Documents (Room F SA Alexander)
15. Misc Documents (Room A SA Piluck)
16. Documents, Phone #s (Room E SA Ponzeti)
17. Note Book, Misc Notes (Room E SA Beltran)

Received By: _____ (Signature)
Received From: not available /s/ (Signature)

FD-597 (Rev 8-11-94)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 245D-WF-221187

On (date) 5/23/06

item(s) listed below were:
[X] Received From
[ ] Returned To
[ ] Released To
[ ] Seized

(Name) Willie Best
(Street Address) 3819 2nd St SE #5 PC
(City) DC

Description of Item(s):

- (18) Sprint cell phone, Drivers Lic (cell phone in W Best hand at entry, DL in resid SD Stailys)
- (19) Phone Cards (Rum F BFO Akin fm)
- (20) Dog Papers, NC Ls tag MD Trip tag (Rum C closet D/T Ritschlan)

///

Received By: _____ (Signature)
Received From: Best Natalie (Signature)